NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

SHAWN KHORRAMI, ESQ., SBN 180411
BAHAR DEJBAN, ESQ. SBN 240135
KHORRAMI POLLARD & ABIR, LLP
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071
Tel: (213) 596-6000
Fax: (213) 596-6010

ATTORNEYS FOR Plaintiff

FILED
2008 JUN 27 PM 3:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BARBARA GIBSON,

Plaintiff(s),

v.

DAVOL, INC., and C.R. BARD, INC.,

Defendant(s)

CASE NUMBER

CV08-04273 JSL (AGRx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|

(List the names of all such parties and identify their connection and interest.)

Aside from the parties identified in the complaint, Plaintiff is not aware of any additional parties in connection with this matter.

6-26-2008
Date

Sign

Bahar Dejban, Esq.
Attorney of record for or party appearing in pro per