**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA GIBSON<br><br>PLAINTIFF(S)<br>v.<br>DAVOL, INC., et al<br><br>DEFENDANT(S). | CASE NUMBER<br>CV08-4273-JSL(AGRx)<br><br>**ORDER RETURNING CASE FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 08-05 .

July 1, 2008
Date

Spencer Letts
United States District Judge

**NOTICE TO COUNSEL FROM CLERK:**

This case has been reassigned to Judge A. Howard Matz for all further proceedings. On all documents subsequently filed in this case, please substitute the initials AHM after the case number in place of the initials of the prior judge so that the case number will read CV 08-4273 AHM (AGRx) .

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western ☐ Southern ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.**

*cc: ☐ Previous Judge ☐ Statistics Clerk*