UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To**: Clerk, United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903-1270

**Re:** MDL 1842 In Re: Kugel Mesh Hernia Patch Products Liability Litigation

Transfer of our Civil Case No. 2:08-cv-04273 AHM (AGRx)

Case Title: Barbara Gibson v. Davol, Inc. et al

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

- ☐ Original case file documents are enclosed in paper format.
- ☑ Electronic Documents are accessible through Pacer.
- ☐ Other: ______

Very truly yours,

Clerk, U.S. District Court

Date: 8/15/2008

By J. Lam (213) 894-7982
Deputy Clerk

*cc: All counsel of record*

---

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e:mail to the appropriate address listed below and provide the case number assigned in your district:**

- ☑ CivilIntakecourtdocs-LA@cacd.uscourts.gov (Los Angeles Office)
- ☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov (Riverside Office)
- ☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov (Santa Ana Office)

Case Number: ______

Clerk, U.S. District Court

Date: ______

By ______
Deputy Clerk