(AGRx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division − Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08−cv−04273−AHM−AGR

Barbara Gibson v. Davol, Inc. et al
Assigned to: Judge A. Howard Matz
Referred to: Magistrate Judge Alicia G. Rosenberg
Cause: 28:1332 Diversity−Product Liability

Date Filed: 06/27/2008
Date Terminated: 08/14/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Barbara Gibson** represented by

**Baharak Dejban**
Khorrami Pollard & Abir
444 South Flower Street 33rd Fl
Los Angeles, CA 90071
213−596−6000
Fax: 213−596−6010
Email: bdejban@kpalawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian S Kabateck**
Kabateck Brown Kellner
644 South Figueroa Street
Los Angeles, CA 90071
213−217−5000
Fax: 213−217−5010
Email: bsk@kbklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Kellner**
Kabateck Brown Kellner
644 South Figueroa Street
Los Angeles, CA 90071
213−217−5000
Fax: 213−217−5010
Email: rlk@kbklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn Khorrami**
Khorrami Pollard and Abir LLP
444 South Flower Street 33rd Floor
Los Angeles, CA 90071
213−596−6000
Fax: 213−596−6010
Email: skhorrami@kpalawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Thomas M Frieder**
Hassard Bonnington
Two Embarcadero Center Suite 1800
San Francisco, CA 94111−3941
415−288−9800
Fax: 415−288−9801
Email: tmf@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2008 | Ï 1 | COMPLAINT against Defendants Davol, Inc., C. R. Bard, Inc. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Barbara Gibson. (et) (Additional attachment(s) added on 7/3/2008: # 1 Notice of Assignment, # 2 Summons, # 3 Civil Cover Sheet) (ds). (Entered: 07/01/2008) |
| 06/27/2008 | Ï | 20 DAY Summons Issued re Complaint − (Discovery) 1 as to Defendants Davol, Inc., C. R. Bard, Inc. (et) (Entered: 07/01/2008) |
| 06/27/2008 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Barbara Gibson. (et) (ds). (Entered: 07/01/2008) |
| 07/02/2008 | Ï 3 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge J. Spencer Letts. ORDER case returned to the Clerk for random reassignment pursuant to General Order 08−05. Case randomly reassigned from Judge J. Spencer Letts to Judge A. Howard Matz for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 08−4273 AHM (AGRx). (rn) (Entered: 07/02/2008) |
| 07/11/2008 | Ï 4 | INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE MATZ: Counsel for plaintiff shall serve this Order on all defendant and/or their counsel along with the summons and complaint, or if that is not practicable as soon as possible thereafter. If this case was assigned to this Court after being removed from State Court, the defendant who removed the case shall serve this Order on all other parties. This case have been assigned to the calendar of Judge A. Howard Matz. All documents which are required to be filed in an electronic format pursuant to General Order No. 08−02 must be filed electronically no later than midnight on the date due, unless otherwise ordered by the Court. Courtesy copies are required for all e−filed documents and must be delivered to the drop box in the entrance way to chambers, to the left of Courtroom 14, located at 312 N. Spring Street, Spring Street level, no later than noon the following business day. (jp) (Entered: 07/14/2008) |
| 08/01/2008 | Ï 5 | ANSWER to Complaint − (Discovery), Complaint − (Discovery) 1 with JURY DEMAND *Answer and Affirmative Defenses of Defendants Davol Inc. and C.R. Bard, Inc.; Demand for Jury* filed by defendant Davol, Inc., C. R. Bard, Inc..(Frieder, Thomas) (Entered: 08/01/2008) |

| | | |
|---|---|---|
| 08/01/2008 | 6 | *Certification of Interested Parties* CERTIFICATE of Interested Parties filed by Defendant Davol, Inc., C. R. Bard, Inc., identifying C.R. Bard, Inc., Davol Inc.. (Frieder, Thomas) (Entered: 08/01/2008) |
| 08/04/2008 | 7 | ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE by Judge A. Howard Matz that this matter is set for a Scheduling Conference on 9/22/2008 at 01:30 PM. The conference will be held pursuant to FRCP 16(b). The parties reminded of their obligations under FRCP 26(a)(1) to disclose information (without awaiting a discovery request) and under Rule 26(f) to confer on a discovery plan not later than twenty−one (21) days prior to the scheduling conference and to file a report with the Court entitled "Joint Rule 26(f) Report" not later than fourteen (14) days after they confer. Failure to comply with the following requirements or to cooperate in the preparation of the Joint Rule 26(f) Report may lead to the imposition of sanctions. (jp) (Entered: 08/05/2008) |
| 08/14/2008 | 8 | CONDITIONAL TRANSFER ORDER (CTO−25) from the Judicial Panel on Mutidistrict Litigation MDL 1842, transferring case to USDC, District of Rhode Island at Providence and assigned to Judge Mary M. Lisi. (MD JS−6. Case Terminated.) (jp) (Entered: 08/15/2008) |
| 08/15/2008 | 9 | TRANSMITTAL LETTER − MDL CASE TRANSFER OUT: MDL−1842 Conditional Transfer Order (CTO−25) with Docket Sheet sent to USDC District of Rhode Island at Providence on 8/15/2008 through electronically transferred case. (jp) (Entered: 08/15/2008) |